United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Eric Kirchein, individually and on behalf of all others similarly situated, Plaintiffs<br><br>v.<br><br>Pet Supermarket, Inc., Defendant | )<br>)<br>)<br>)<br>) Civil Action No. 16-60090-Civ-Scola<br>)<br>)<br>)<br>) |

**Second Order Amending Preliminary Approval of Settlement and Directing Notice**

THIS CAUSE is before the Court on the Parties' Second Stipulation and Joint Motion to Amend Order Granting Preliminary Approval to Settlement. [ECF No. 36]. The Court having considered the Motion and noting that it is unopposed, it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED** as follows:

The Order Certifying Settlement Class, Granting Preliminary Approval of Settlement and Directing Notice to the Class, [ECF No. 31], as amended by the Court's previous Order Amending Preliminary Approval of Settlement and Directing Notice [ECF No. 33], is further amended as follows:

   a.   Paragraph 6 is amended to state: "The Court has considered the Class Notice, attached as Exhibits 2 and 3 to the Agreement, including the proposed forms of notice, Summary Notice, Full Notice, and Settlement Claim Form, and finds that the forms, content, and manner of notice proposed by the Parties and approved herein meet the requirements of due process and Fed. R. Civ. P. 23(c) and (e), are the best notice practicable under the circumstances, constitute sufficient notice to all persons entitled to notice, and satisfy the Constitutional requirements of notice. The Court approves the notice program in all respects (including the proposed forms of notice, Summary Notice, Full Notice, and Settlement Claim Form) and orders that notice be given in substantial conformity therewith. The notice program shall commence no later than 120 days after entry of this Order, on or about April 18, 2017 (the "Notice Deadline"). The costs of preparing, printing, publishing, mailing, and otherwise disseminating the notice shall be paid solely from the Settlement Fund in

accordance with the Agreement. In addition, the costs of obtaining names and addresses from the credit card processing companies via subpoena shall be paid solely from the Settlement Fund after Class Counsel forwards any such invoices."

b. Paragraph 8 is amended to state: "A member of the Settlement Class who wishes to be excluded from the Settlement Class must mail a written notice of exclusion to the Claims Administrator, so that it is postmarked no later than 60 days after the Notice Deadline, or June 17, 2017 (the "Opt-Out Deadline"), and shall clearly state the following: (a) his or her name; (b) physical address; (c) phone number (optional); and (d) e-mail address to the extent they have one, and provide all such information as may be required by the Agreement or requested by the Claims Administrator. In addition, the Settlement Class Member requesting exclusion shall include a signed certification containing the following language:

> I, the individual signing below, want to be excluded from the In order to be entitled to participate in the Class Settlement, if effected in accordance with all of the terms and conditions set forth in the Agreement, each Settlement Class Member shall take the following actions and be subject to the following requirements:

c. Paragraph 12, subparagraph A is amended to state: "A Settlement Class Member who wishes to receive a distribution from a Class Settlement must submit a properly executed Settlement Claim Form to the Claims Administrator on or before the Claims Deadline, which is 60 days after the Notice Deadline, or June 17, 2017. If such Settlement Claim Form is submitted by mailing via the United States Postal Service to the address indicated in the Class Notice, it shall be deemed to have been submitted as of the date postmarked. If such Settlement Claim Form is transmitted in any manner other than the United States Postal Service, it shall be deemed to have been submitted on the date it is actually received by the Claims Administrator;

d. Paragraph 14 is amended to state "A hearing on final settlement approval (the "Fairness Hearing") will be held on August 16, 2017, at 8:30 A.M. before this Court, at the United States District Court for the Southern District of Florida, U.S. Federal Building and Courthouse, 299 East Broward Boulevard, Courtroom 205F, Fort Lauderdale, Florida 33301, to consider, *inter alia*, the following: (a) the fairness, reasonableness, and adequacy of the Class Settlement; (b) the dismissal with prejudice of the Litigation; (c) whether Class Counsel's application for attorneys' fees, expenses, and Incentive Payment for the Class Representative (the "Fee Petition") should be granted; (d) whether to approve the proposed plan of allocation and distribution; and (e) whether to grant Final Approval to the Settlement, including the terms therein concerning release of claims by the Settlement Class and each of the Settlement Class Members."

e. The following dates summarize the deadlines stated above for issuing Class Notice and submitting claims and objections:

| | |
|---|---|
| **April 18, 2017** | Deadline for notice of the Settlement to be sent to the Settlement Class Members |
| **June 17, 2017** | Deadline for Settlement Class Members to request or file objections (Opt-Out and Objection Deadline) and any statement of intention to appear at the fairness hearing. |
| **June 17, 2017** | Deadline for Settlement Class Members to submit a claim form (Claim Deadline) |
| **July 17, 2017** | Deadline for Parties to file the following:<br>(1) List of persons who made timely and proper requests for exclusion (under seal);<br>(2) Proof of Class Notice; and<br>(3) Motion and memorandum in support of final approval, including responses to any objections. |

3

| **August 16, 2017 at 8:30 am** | Final Approval Hearing |
|---|---|

**DONE and ORDERED** in Chambers, at Miami, Florida, on February 10, 2016.

_____
Robert N. Scola, Jr.
United States District Judge